IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PENNY R. JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 22-cv-03491 |
| | ) |
| **HEALTH CARE SERVICE** | ) **Judge Joan B. Gottschall** |
| **CORPORATION dba BLUE CROSS BLUE** | ) **Magistrate Judge Heather K.** |
| **SHIELD OF ILLINOIS,** | ) **McShain** |
| | ) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Penny R. Johnson ("Plaintiff" or "Johnson") and Defendant Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois ("Defendant" or "HCSC"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Penny R. Johnson | Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois |
| | |
| By: /s/*Nathan Volheim (per 11/4/2022 email consent)* | By: /s/*Jill S. Vorobiev* |
| One of Its Attorneys | One of Its Attorneys |
| | |
| Nathan Charles Volheim | Jill S. Vorobiev (6237734) |
| Chad William Eisenback | Mallory C. McCarthy (6339361) |
| Sulaiman Law Group, Ltd. | Reed Smith LLP |
| 2500 South Highland Avenue | 10 South Wacker Drive, Suite 4000 |
| Suite 200 | Chicago, IL 60606 |
| Lombard, IL 60148 | Tel: (312) 207-1000 |
| Email: nvolheim@sulaimanlaw.com | Fax: (312) 207-6400 |
| Email: ceisenback@sulaimanlaw.com | Email: jvorobiev@reedsmith.com |
| | Email: mcmccarthy@reedsmith.com |

Dated: 11/4/2022Dated: 11/7/2022

- 13 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2022, the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

                                  s/*Jill S. Vorobiev*
                                  Jill S. Vorobiev

                                *One of the Attorneys for Defendant*
                                *Health Care Service Corporation*
                                *d/b/a Blue Cross Blue Shield of*
                                *Illinois*