## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Penny R. Johnson

          Plaintiff,

v.                      Case No.: 1:22–cv–03491
                       Honorable Joan B. Gottschall

Health Care Service Corporation

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

   MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' joint stipulation of dismissal [16], this case is dismissed with prejudice. The parties shall bear their own costs and fees. All pending deadlines are stricken.Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.